UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DESMOND BARR,

Defendant.

**Crim. Action No. 04cr375**

## ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation

dated October 26, 2010, from Magistrate Judge Deborah A. Robinson, that recommends

revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and

Recommendation have been received by the Court.

Accordingly, it is this _14th_ day of November, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that the supervised release is revoked; and it is

**FURTHER ORDERED** that the case is hereby scheduled for Re-sentencing on

_Jan. 6, 2011_ at _9:30_ a.m./p.m. in Courtroom 28A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)

Copies to:

Mary Petras, AFPD.
Angela George, AUSA
Kurt H. Panzer, Jr., US Probation Officer
Magistrate Judge Deborah Robinson
Pretrial Services